Form 157 – ntcpvsale7

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 05−33794−NLW
          Chapter: 7
          Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aerwav Holdings, LLC
   915 Broadway, 18th Floor
   New York, NY 10010

Social Security No.:

Employer's Tax I.D. No.:
   56−2281453

## NOTICE OF PROPOSED PRIVATE SALE

     Steven P. Kartzman, Trustee in the above captioned case, proposed a private sale of certain property of the estate to the persons and on the terms described below.

     If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below, the Trustee, and the Clerk of the United States Bankruptcy Court.

     Such objection and request shall be filed with the Clerk and served upon the person named below on or before June 12, 2015.

     In the event an objection is timely filed, a hearing will be held before the Honorable Novalyn L. Winfield on:

DATE:        6/22/2015
TIME:        10:00 A.M.
COURTROOM:   3D

     If no objection is filed with the Clerk and served upon the person named below on or before June 12, 2015, the sale will be consummated on or after the fifth day following the last day to file objections.

THE PROPERTY TO BE SOLD, THE PROPOSED PURCHASER AND THE SALE PRICE:
Trustee recovered judgment against Henke for $38,000. Thereafter, Trustee retained special counsel in Florida to recover on that judgment. Special counsel levied on a 2014 Ford Explorer with 28,305 miles and a Sheriffs sale was held. There being no bidding above the Trustee's credit bid
,title was transferred to the estate. Special counsel then obtained an offer from Honda of Bay County for $19,000, a figure mid−way between the Kelley Blue book Trade in value of $18,000 in fair condition and $20,000 in good condition.

The sale of said property shall be free and clear of liens with valid liens to attach to the proceeds of the sale, and the extent, validity and priority of liens, if any, to be determined at a later date.

All deposits are non−refundable. All payments must be cash, certified funds, money order or bank check. The Trustee reserves the right to reject bids which in his opinion are insufficient or do not conform to the terms of the sale and without further notice, except as orally announced at said sale or continuance thereof, to continue the sale from time to time and from place to place.

    Higher or better offers may be submitted to the selling party no later than the date set for objections set forth above.

Request for additional information about the property to be sold should be directed to the Trustee at:
Steven P. Kartzman
Mellinger, Sanders & Kartzman LLC
101 Gibraltar Dr
Suite 2F
Morris Plains, NJ 07950
(973) 267–0220

    or the trustee's attorney (if applicable) at:
Mellinger, Sanders & Kartzman, LLC
101 Gibtaltar Drive, Suite 2F
Morris Plains, NJ 07950


Dated: May 29, 2015
JJW:

                                                James J. Waldron
                                                Clerk