**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Judah B. Loewenstein, Esq.
Tel. (973) 267-0220
jloewenstein@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br><br>**AERWAV INTEGRATION GROUP, INC.,**<br><br>　　　　　　　　　　Debtor. | **Case No. 05-33791 (VFP)**<br>**Chapter 7** |
| **In re:**<br><br>**AERWAV INTEGRATION SERVICES, INC.,**<br><br>　　　　　　　　　　Debtor. | **Case No. 05-33792 (VFP)**<br>**Chapter 7** |
| **In re:**<br><br>**HI-RISE SAFETY SYSTEMS, INC.,**<br><br>　　　　　　　　　　Debtor. | **Case No. 05-33793 (VFP)**<br>**Chapter 7** |
| **In re:**<br><br>**AERWAV HOLDINGS, LLC,**<br><br>　　　　　　　　　　Debtor. | **Case No. 05-33794 (VFP)**<br>**Chapter 7**<br><br>**Hearing Date: December 18, 2018** |

## ORDER SEVERING JOINTLY ADMINISTERED ESTATES

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 27, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors: Aerwav Integration Group, Inc., Aerwav Integration Services, Inc., Hi-Rise Safety Systems, Inc. and Aerwav Holdings, LLC.
Case No.: 05-33791(VFP), 05-33792(VFP), 05-33793(VFP) and 05-33794(VFP)
Caption: Order Deconsolidating Jointly Administered Estates

---

Upon the motion (the "Motion) of Steven P. Kartzman, as Chapter 7 Trustee of, Aerwav Integration Group, Inc., Aerwav Integration Services, Inc., Hi-Rise Safety Systems, Inc., and Aerwav Holdings, LLC (the "Trustee"), for an order pursuant to Section 105(a) of the Bankruptcy Code severing the jointly administered estates, and the Court having jurisdiction to consider the Motion and the relief requested therein; and it appearing that the relief requested by the Motion is in the best interests of the estate, and due notice of the Motion having been served; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that:

1. The captioned estates shall be and hereby are severed, and the Court's July 27, 2005 *Order Directing Joint Administration of the Debtors' Chapter 11 Cases* shall no longer be in effect.

2. The Trustee's attorneys shall serve a copy of this Order on all parties in interest within seven (7) days of entry by the Court.